IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH TAN LE,<br><br>      Plaintiff,<br><br>vs.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS), MERRICK GARLAND, Attorney General of the United States; UR MENDOZA JADDOU, Director of USCIS; ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security; and SUSAN LEHR, United States Attorney for the District of Nebraska;<br><br>      Defendants. | 8:25CV405<br><br>**ORDER OF DISMISSAL** |

    This matter is before the Court on the parties' Stipulation of Dismissal (Filing No. 11). Having considered the matter, the Court will accept the stipulation. Accordingly,

    **IT IS ORDERED** that this case is dismissed without prejudice, with each party to bear their own attorneys' fees and costs.[1]

    Dated this 29th day of September, 2025.

BY THE COURT:

_Susan M. Bazis_
Susan M. Bazis
United States District Judge

---

[1] As the parties note, Pam Bondi, Attorney General for the United States; Joseph Edlow, Director of U.S Citizenship and Immigration Services; Kristi Noem, Secretary of the Department of Homeland Security; and Lesley A. Woods, United States Attorney for the District of Nebraska have been automatically substituted as defendants to this case. *See* Fed. R. Civ. P. 25(d).